David S. Musgrave, VSB No. 35327
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com
Attorneys for Trustee Kevin R. McCarthy

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
**(Alexandria)**

| | |
|---|---|
| In re: ) | |
| ) | |
| FEDERAL BUSINESS SYSTEMS ) | Case No. 17-12128-BFK |
| CORPORATION GOVERNMENT ) | |
| DIVISION ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| KEVIN R. MCCARTHY, Chapter 7 Trustee ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 19-01068-BFK |
| ) | |
| ROSE A. OSAMBA ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin R. McCarthy, Chapter 7 Trustee, and Defendant Rose A. Osamba, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), applicable to this proceeding by Bankruptcy Rule 7041, stipulate to the dismissal of this action with prejudice.

| | |
|---|---|
| /s/ *David S. Musgrave* | /s/ *Ronald W. Stern* |
| David S. Musgrave (Bar No. 35327) | Ronald W. Stern (VSB 21924) |
| Gordon Feinblatt LLC | Law Office of Ronald W. Stern |
| 233 East Redwood Street | 211 N Union Street, #100 |
| Baltimore, Maryland 21202 | Alexandria, VA 22314 |
| Phone No. (410) 576-4194 | Phone: (703) 684-0100 |
| Fax No. (410) 576-4196 | Fax : (703) 684-5664 |
| E-mail:  dmusgrave@gfrlaw.com | Email: ronsterndocuments@gmail.com |
| *Attorneys for Kevin R. McCarthy,* | |
| *Chapter 7 Trustee* | *Attorney for Defendant Rose A. Osamba* |

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

I certify that on this 28th day of April, 2020, all necessary endorsed this stipulation.

/s/ *David S. Musgrave*
David S. Musgrave (VSB 35327)

7736426.1 55100/140548 04/02/2020